1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX,
3  Social Security Administration

4
5  ARMAND D. ROTH
   Special Assistant United States Attorney
6  California Bar No. 214624
        160 Spear Street, Suite 800
7       San Francisco, CA 94105
        Telephone: (415) 977-8924
8       Fax: (415) 744-0134
        E-Mail: Armand.Roth@ssa.gov
9
10
   Attorneys for Defendant
11
12              UNITED STATES DISTRICT COURT
13             EASTERN DISTRICT OF CALIFORNIA
14
                        SACRAMENTO
15
16 Laura Faye Haverlock,                ) No. 12-cv-02393-DAD
                                        )
17        Plaintiff,                     ) **STIPULATION AND ORDER**
                                        ) **EXTENDING TIME TO FILE**
18        v.                            ) **OPPOSITION TO PLAINTIFF'S**
                                        ) **MOTION TO AUGMENT THE**
19 Michael J. Astrue,                   ) **RECORD AND VACATING**
   Commissioner of Social Security,     ) **HEARING ON THE MOTION**
20                                      )
                                        )
21        Defendant.                    )
                                        )
22 _____)
23

24        On April 11, 2013, Plaintiff filed a Motion for Summary Judgment or Remand
25
   and, at the same time, filed a Motion to Augment the Certified Administrative Record.
26
27        IT IS HEREBY STIPULATED by the parties, through their undersigned
28 attorneys, and with the approval of this Court, that Defendant may respond to Plaintiff's

                                        1

Motion to Augment the Record by May 13, 2013, when Defendant's Cross-Motion or Opposition to Plaintiff's Motion for Summary Judgment or Remand is due.  This request is presented to allow Defendant to better respond to Plaintiff's simultaneous filing of two motions and due to Defendant's heavy case load.[1]

In addition, the parties stipulate, subject to the approval of this Court, that their motions may be heard without oral argument and respectfully request that the Court vacate the hearing set forth May 31, 2013.

Respectfully submitted on April 23, 2013,

By:  /s/ Andrew T. Koenig
ANDREW T. KOENIG
Attorney for Plaintiff
(by email authorization)

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
By: /s/ Armand Roth
ARMAND ROTH
Special Assistant United States Attorney

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED:  April 28, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.socsec
Haverlock2393.stipord.ext.opp

---

[1] Defendant may need to request an extension for filing his Cross-Motion or Opposition, but is attempting to avoid doing so by consolidating his responses in the present case.

2