ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
199 Figueroa Street, 3rd Floor
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Laura Faye Haverlock

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LAURA FAYE HAVERLOCK, <br><br> Plaintiff, <br><br> v <br><br> CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. 2:12-CV-02393-DAD <br><br> STIPULATION FOR AWARD OF ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND FOR COURT COSTS PURSUANT TO 28 U.S.C. § 1920 |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel of record, and subject to the approval of the Court, that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of SEVEN THOUSAND FIVE-HUNDRED DOLLARS and NO CENTS ($7,500.00), as authorized by 28 U.S.C. § 2412(d), and Court costs in the amount of THREE-HUNDRED FIFTY DOLLARS and NO CENTS ($350.00), as authorized by 28 U.S.C. § 1920 – hereinafter referred to as "the agreed amount."

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to honor the

1

assignment will depend on whether the fees, expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Andrew T. Koenig, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Date:   April 10, 2014.        /s/ Andrew T. Koenig
                               ANDREW T. KOENIG
                               Attorney for Plaintiff Laura Haverlock

Date:   April 10, 2014.        ANDRÉ BIROTTE JR.
                               United States Attorney
                               LEON W. WEIDMAN
                               Assistant United States Attorney
                               Chief, Civil Division

                               /s/ - Armand D. Roth  by Andrew T. Koenig*
                               ARMAND D. ROTH
                               Special Assistant United States Attorney
                               Attorneys for Defendant
                               [*By email authorization on April 10, 2014]

1  ANDREW T. KOENIG, State Bar No. 158431
   Attorney at Law
2  199 Figueroa Street, 3rd Floor
   Ventura, California 93001
3  Telephone: (805) 653-7937
   Facsimile: (805) 653-7225
4  E-mail: andrewtkoenig@hotmail.com

5  Attorney for Plaintiff Laura Faye Haverlock

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LAURA FAYE HAVERLOCK, | CASE NO. 2:12-CV-02393-DAD **DAD** |
| Plaintiff, | ~~[PROPOSED]~~ ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COURT COSTS PURSUANT TO 28 U.S.C. § 1920 |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of SEVEN THOUSAND FIVE-HUNDRED DOLLARS and NO CENTS ($7,500.00), as authorized by 28 U.S.C. § 2412(d), and Court costs in the amount of THREE-HUNDRED FIFTY DOLLARS and NO CENTS ($350.00), pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: 4/21/14

_____
UNITED STATES MAGISTRATE JUDGE

1